ILLINOIS POWER COMPANY, Plaintiff-Appellee, *v.* VIRGIL A. RANGE *et al.,* Defendants-Appellants.

(No. 69-155;

Fifth District—March 8, 1971.

Opinion by Mr. JUSTICE EBERSPACHER.

Harold Baltz, of Belleville, for appellants.

Samuels, Miller, Schroeder, Jackson & Sly, of Decatur, and Johnson, Ducey & Feder, of Belleville, for appellee.